IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

BRIAN MICHAEL PRITCHARD

CASE NO. 07-32461-W

JUDGE MARY ANN WHIPPLE

William L. Swope, Esq.
221 S. Main Street
Findlay, OH 45840
(419) 422-0288

Sup. Ct. #0029538

FILED 2009 NOV 16 PM 4:05
CLERK, U.S. BANKRUPTCY COURT TOLEDO, OHIO

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| COLUMBIA GAS OF OHIO<br>200 CIVIC CENTER DR. 11TH FLOOR<br>COLUMBUS, OHIO 43215 | $ 3.08 |
| AUTO-OWNERS INSURANCE CO<br>PO BOX 30660<br>LANSING MI 48909 | $ 1.30 |
| | $ 4.38 |

A check for $4.38 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: November 10, 2009

William L. Swope
Trustee